## Written Consent of the Independent Bankruptcy Committee of
## ProPhase Diagnostics NY, Inc.

The undersigned, Derek DeStefano, sole member and Chair of the Independent Bankruptcy Committee of ProPhase Diagnostics NY, Inc., a Delaware corporation, acting pursuant to Section 141(f) of the Delaware General Corporation Code, does hereby adopt the following resolutions by unanimous written consent in lieu of a meeting and directs that this consent be filed with the minutes of proceedings of the board of directors of the Corporation.

**WHEREAS**, the Board of Directors has delegated authority to the Independent Bankruptcy Committee ("IBC"); and

**WHEREAS**, Mr. DeStefano is the sole member and Chair of the IBC;

**IT IS THEREFORE** resolved as follows:

**RESOLVED**, that it is in the best interests of the Corporation to initiate a case in Chapter 11 Reorganization under the U.S. Bankruptcy Code;

**FURTHER RESOLVED**, that the Corporation shall intiate a Chapter 11 Reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (Trenton vicinage), including seeking joint administration with cases of affiliated entities if advisable, and to execute, deliver, and file all petitions, schedules, motions, applications, and other documents in connection therewith.

**FURTHER RESOLVED**, that the Corporation is authorized to employ and retain Thaddeus R. Maciag, Esq. and Maciag Law LLC as bankruptcy counsel to the Corporation, and to retain such other professionals as may be necessary or desirable, including qualified accounting firms and special litigation counsel, in each case on such terms as may be approved by the Bankruptcy Court; and

**FURTHER RESOLVED**, pursuant to the foregoing, that the Corporation is further authorized to, if the IBC deems it necessary, retain on behalf of the Corporation (a) qualified accounting firm to render accounting and other services to the Corporation; and (b) Special Litigation Counsel, to render litigation services to the Corporation, in connection with the Chapter 11 proceedings, the restructuring of the Corporation's assets and liabilities, and other related matters, on such terms as the Bankruptcy Court may approve.

**IN WITNESS WHEREOF**, the undersigned sole member and Chair of the IBC has executed this Unanimous Written Consent as of September 21, 2025.

**PROPHASE DIAGNOSTICS NY, INC.**
 a Delaware corporation
 (as Sole Member and Chair of the IBC)

By: _____
Name: Derek DeStefano
Title: Chair

# UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF PROPHASE DIAGNOSTICS NY, INC.

The undersigned, being all of the members of the Board of Directors (the "Board") of ProPhase Diagnostics NY, Inc., a Delaware corporation (the "Corporation"), acting pursuant to Section 141(f) of the Delaware General Corporation Law and the Bylaws of the Corporation, hereby adopt the following resolutions by unanimous written consent in lieu of a meeting and direct that this consent be filed with the minutes of proceedings of the directors of the Corporation.

**WHEREAS**, ProPhase Labs, Inc., the sole shareholder of the Corporation ("Shareholder"), has adopted a unanimous written consent directing, among other things, the election of Derek DeStefano as independent director of the Corporation and the commencement of Chapter 11 reorganization proceedings; and

**WHEREAS**, the Board believes that it is in the best interests of the Corporation to establish an independent bankruptcy committee, appoint the independent director to the Independent Bankruptcy Committee ("IBC") and to file a Chapter 11 Petition;

**THEREFORE**, it is hereby resolved as follows:

**Acknowledgment and Implementation of Shareholder Action**

**RESOLVED**, that the Board hereby acknowledges, affirms, and implements the actions and directives set forth in the sole shareholder's unanimous written consent, and the officers of the Corporation are authorized and directed to take all actions necessary or desirable to carry out the intent thereof and of these resolutions.

**Designation of Independent Director**

**FURTHER RESOLVED**, that Derek DeStefano, who is not a creditor, shareholder, or insider, is designated as the Independent Director of the Corporation for purposes of any insolvency, restructuring, or bankruptcy proceedings involving the Corporation, with all rights, powers, and authority customarily afforded to an independent director under applicable law and the Corporation's governing documents, which the Board hereby delegates to him.

**Formation of Independent Bankruptcy Committee; Appointment**

**FURTHER RESOLVED**, that there is hereby established a committee of the Board to be known as the Independent Bankruptcy Committee (the "IBC"), which shall, to the fullest extent permitted by law and the Corporation's governing documents, have the delegated authority to oversee, manage, and direct matters relating to any potential or actual insolvency, restructuring, or bankruptcy proceedings involving the Corporation, and shall have and may exercise such powers of the Board as are necessary or appropriate to carry out such mandate.

**FURTHER RESOLVED**, that Mr. DeStefano is hereby appointed as the sole member and Chair of the IBC, to serve until his resignation or removal, or until the IBC is dissolved by the Board.

**Compensation of Independent Director**

**FURTHER RESOLVED**, that, for his services as Independent Director (including as a member of the IBC), Mr. DeStefano shall be entitled to compensation in the amount of $25,000 total for his service in connection with the Chapter 11 Reorganization.

**Authorization for Bankruptcy Filing; Retention of Professionals**

**FURTHER RESOLVED**, that the appropriate officers of the Corporation, acting in consultation with the Independent Director and the IBC, are authorized and directed to take all actions necessary or desirable to prepare for and commence a case under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (Trenton vicinage), including seeking joint administration with cases of affiliated entities if advisable, and to execute, deliver, and file all petitions, schedules, motions, applications, and other documents in connection therewith.

**General Authorization**

**FURTHER RESOLVED**, that each officer of the Corporation and the Independent Director, and each of them acting singly, is authorized and directed to take any and all further actions and to execute and deliver any and all agreements, certificates, instruments, and documents as they may deem necessary, appropriate, or advisable to carry out the purposes and intent of the foregoing resolutions.

**Ratification**

**FURTHER RESOLVED**, that any and all actions heretofore taken by any director, officer, employee, or authorized agent of the Corporation in connection with the foregoing resolutions be, and hereby are, approved, ratified, and confirmed in all respects.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board of Directors of the Corporation, have executed this Unanimous Written Consent as of September 21, 2025.

By: *Ted Karkus* (DocuSigned)

Name: Ted Karkus

Title: Chairman of the Board

By: *Gleckel, Louis* (DocuSigned)

Name: Louis Gleckel MD

Title: Director

By: *warren hirsch* (DocuSigned)

2

Docusign Envelope ID: 189DA572-5ED5-463A-A025-9631CEC27AFA

Name: Warren Hirsch

Title: Director

By: _____*Carolina Abenante, Esq.*_____

Name: Carolina Abenante, Esq.

Title: Director

By: _____*Derek DeStefano*_____

Name: Derek DeStefano

Title: Director

3

## UNANIMOUS WRITTEN CONSENT OF THE SOLE SHAREHOLDER OF PROPHASE DIAGNOSTICS NY, INC. IN LIEU OF A SPECIAL MEETING

The undersigned, ProPhase Labs, Inc., a Delaware corporation (the "Shareholder"), being the sole holder of the issued and outstanding shares of ProPhase Diagnostics NY, Inc., a Delaware corporation (the "Corporation"), acting pursuant to Section 228 of the Delaware General Corporation Law and the Corporation's Bylaws, does hereby adopt the following resolutions by unanimous written consent in lieu of a special meeting and directs that this consent be filed with the minutes of proceedings of the shareholders of the Corporation.

**WHEREAS**, the sole Shareholder desires that the Corporation file a Petition for Reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (Trenton vicinage) ("Chapter 11 Reorganization"); and

**WHEREAS**, the Shareholder desires to elect an independent director, Derek DeStefano, to oversee the Chapter 11 Reorganization.

**THEREFORE**, it is hereby resolved as follows:

**Election of Director**

**FURTHER RESOLVED**, that Derek DeStefano, who is not a creditor, shareholder, or insider, is hereby elected to serve as a member of the Board of Directors of the Corporation, effective immediately, to hold office until his resignation, removal, or successor is duly elected and qualified in accordance with applicable law and the governing documents of the Corporation;

**Designation as Independent Director**

**FURTHER RESOLVED**, that the Board of Directors' designation of Mr. DeStefano, who is not a creditor, shareholder, or insider, as the Independent Director of the Corporation for purposes of serving on and acting as the authorized Independent Director of any bankruptcy committee or similar governance committee formed in connection with any potential insolvency, restructuring, or bankruptcy proceedings involving the Corporation, and shall have all rights, powers, and authority customarily afforded to an independent director under applicable law and the governing documents of the Corporation is hereby approved;

**Creation of Independent Bankruptcy Committee**

**FURTHER RESOLVED**, that the Shareholder hereby approves of the creation of the Independent Bankruptcy Committee ("IBC") by the Board of Directors of the Corporation, formed in connection with any potential insolvency, restructuring, or bankruptcy proceedings involving the Corporation, and shall have all rights, powers, and authority customarily

1

afforded to a Board Committee under applicable law and the governing documents of the Corporation;

**Compensation of Director**

**FURTHER RESOLVED**, that the Shareholder approves the compensation of Mr. DeStefano with a payment of $25,000 for his service as independent director and sole member and Chair of the IBCs collectively for ProPhase Diagnostics, Inc., ProPhase Diagnostics NY, Inc, and ProPhase Diagnostics NJ, Inc.;

**Authority to File**

**FURTHER RESOLVED**, that Mr. DeStefano, Independent Director of the Corporation and sole member and Chair of the IBC, is authorized and directed and to execute, deliver and file any and all agreements, certificates, instruments or documents, as they may deem necessary, appropriate or advisable to carry out the purposes and intent of these resolutions;

**General Authorization**

**FURTHER RESOLVED**, pursuant to the foregoing, Shareholder approves the delegation by the Board for Mr. DeStefano, as Independent Director and member of the IBC, be authorized to individually execute all documents necessary to effect the intent of this Resolution; and

**Ratification of Prior Acts**

**FURTHER RESOLVED**, that any and all actions heretofore taken by the directors, officers, or authorized representatives of the Corporation within the authority conferred by these resolutions are hereby ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned Board of Directors of the sole shareholder of the Corporation have executed this Unanimous Shareholder Written Consent as of September 21, 2025.

**PROPHASE LABS, INC.**
a Delaware corporation
(as Sole Shareholder of ProPhase Diagnostics NY, Inc.)

By: _____
*Ted Karkus* (DocuSigned)
Name: Ted Karkus
Title: Chairman of the Board of Directors

By: _____
*warren hirsch* (DocuSigned)
Name: Warren Hirsch
Title: Director

2

By: _____
   *Gleckel, Louis*
   E356A546E1654E3...

Name: Louis Gleckel MD

Title: Director

By: _____
   *Carolina Abenante, Esq.*
   DAE25AFCB5F64ED...

Name: Carolina Abenante, Esq.

Title: Director

3