| Information to identify the case: | | |
|---|---|---|
| Debtor | **ProPhase Diagnostics NY, Inc.** <br> Name | EIN: 86–1556728 |
| United States Bankruptcy Court  District of New Jersey | | Date case filed for chapter: 11  9/22/25 |
| Case number: 25–19834–CMG | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                                                 10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**
**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| 1. | **Debtor's full name** | ProPhase Diagnostics NY, Inc. | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 626 RXR Plaza <br> 6th Floor <br> Uniondale, NY 11556 | |
| 4. | **Debtor's attorney** <br> Name and address | Thaddeus R. Maciag <br> Maciag Law, LLC <br> 475 Wall Street <br> Princeton, NJ 08540 | Contact phone 908–704–8800 <br><br> Email: MaciagLaw1@aol.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street <br> Trenton, NJ 08608 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., <br> Monday – Friday (except holidays) <br><br> Contact phone  609–858–9333 <br><br> Date: 9/23/25 |

**For more information, see page 2 >**

Debtor **ProPhase Diagnostics NY, Inc.**                                                                                       Case number **25−19834−CMG**

| | | |
|---|---|---|
| 6. | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 22, 2025 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call−in information.** |
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim: 12/1/25**  For a governmental unit: **3/23/26** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. <br> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-19834-CMG |
| ProPhase Diagnostics NY, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 23, 2025 | Form ID: 309F1 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ProPhase Diagnostics NY, Inc., 626 RXR Plaza, 6th Floor, Uniondale, NY 11556-3829 |
| 520815995 | + | BRG Office LLC - Unit 2 Assoc LLC, 711 Stewart Ave., Garden City, NY 11530-4719 |
| 520815994 | + | Bio-Rad, PO Box 849740, Los Angeles, CA 90084-9740 |
| 520815996 | | Crown Castle Fiber LLC, PO Box 28730, New York, NY 10087-8730 |
| 520815997 | | Darktrace Holdings Ltd., Dept LA 25444, Pasadena, CA 91185-5444 |
| 520815998 | + | Delinea Inc (Thycotic), 215 19th Street, Suite 1220, Des Moines, IA 50316 |
| 520815999 | + | EZ Connect Inc, 3249 SE Quay Street, Port Saint Lucie, FL 34984-6518 |
| 520816000 | + | First Financial Holdings, PO Box 631222, Cincinnati, OH 45263-1222 |
| 520816001 | | Fisher Healthcare, P.O. Box 3648, Boston, MA 02241-3648 |
| 520816002 | + | FrontrunnerHC, Inc, 36 Cordage Park, Plymouth, MA 02360-7331 |
| 520816003 | + | LabSender, LLC, 9216 N Dawn Ave., Kansas City, MO 64154-1401 |
| 520816004 | + | Leaf Capital Funding, LLC, 110 S Poplar St Ste 101, Wilmington, DE 19801-5034 |
| 520816005 | + | NY State Dept. of Health, Clinical Laboratory Eval. Program, Wadsworth Center, Empire State Plaza, Albany, NY 12237-0001 |
| 520816007 | + | ProPhase Labs, Inc., 626 RXR Plaza, 6th Floor, Uniondale, NY 11556-3829 |
| 520816008 | + | RC Testing Service Corp., Po Box 248, Lynbrook, NY 11563-0248 |
| 520816010 | + | SKF Global Inc., 63 Bolan Dr. West, West Orange, NJ 07052-3673 |
| 520816009 | | Siemens Healthcare Diagnostics Inc, 27511, Cary, NC 27511 |
| 520816011 | + | Sysmex America, Inc., 28241 Network Pl, Chicago, IL 60673-1282 |
| 520816012 | | Torreyana Corp, 2196 Ocean View Blvd, San Diego, CA 92113-1241 |
| 520816014 | + | United Corporate Services, 10 Bank Street, Suite 560, White Plains, NY 10606-1962 |
| 520816015 | + | Vitalaxis, Inc., 8000 Virginia Manor Rd, Beltsville, MD 20705-4211 |
| 520816016 | + | Waystar, 1311 Solutions Center, Chicago, IL 60677-1003 |
| 520816017 | + | Zoom Video Communications Inc, PO Box 888843, Los Angeles, CA 90088-8843 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: MaciagLaw1@aol.com | Sep 23 2025 20:43:00 | Thaddeus R. Maciag, Maciag Law, LLC, 475 Wall Street, Princeton, NJ 08540 |
| smg | | EDI: IRS.COM | Sep 24 2025 00:40:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 23 2025 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 23 2025 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520815993 | ^ | MEBN | Sep 23 2025 20:45:41 | Amazon Capital Services, PO Box 035184, Seattle, WA 98124-5184 |
| 520816006 | + | Email/Text: ccline@orchardsoft.com | Sep 23 2025 20:44:38 | Orchard Software Corporation, 701 Congressional Blvd., Carmel, IN 46032-5635 |
| 520816013 | | Email/Text: arbankruptcy@uline.com | Sep 23 2025 20:44:00 | Uline, PO Box 88741, Chicago, IL 60680-1741 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Thaddeus R. Maciag | on behalf of Debtor ProPhase Diagnostics NY  Inc. MaciagLaw1@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3