UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on October 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ProPhase Diagnostics NY, Inc.

Case No.:    25-19834-CMG

Chapter:    11

Hearing Date:    N/A

Judge:    Gravelle

## ORDER VACATING

Order Granting Application to Employ Professional Thaddeus R. Maciag. Esq. as Debtor's Attorney

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 16, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The Court on its own motion finds that the:

Order Granting Application to Employ Professional Thaddeus R. Maciag. Esq. as Debtor's Attorney

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____10/16/2025_____, be and the same is hereby vacated.

*revised 2/25/14*