**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey  08540
(908) 704-8800
*Attorney for the Debtors*

| | |
|---|---|
| In re:<br><br>    ProPhase Diagnostics NY, Inc.,<br><br>                         Debtor. | Case No.: 25-19834-CMG<br>Chapter 11 Reorganization<br>Judge: Gravelle<br>Hearing Date: n/a<br><br>(jointly administered;<br> *lead case: 25-19833-CMG*) |

**Amendments to**

**Corporate Resolution,**

**Schedules A/B and E/F**,

**Statement of Financial Affairs,**

**Consolidated Creditor Matrix, and**

**Summary of Assets & Liabilities**

The above referenced schedules and documents of record are hereby amended, as filed herewith:

**DECLARATION AND VERIFIED STATEMENT OF NO OTHER CHANGES**

The above referenced schedules and documents of Debtor ProPhase Diagnostics NY, Inc. are hereby Amended as filed herewith:

(1)    *as to the Corporate Resolutions*, to note the appointment of a new Chair of the Independent Bankruptcy Committee

(2)    *as to Summary of Assets & Liabilities* to reflect the Amendments here made to Schedule A/B and to Schedule E/F, as described hereinbelow.

(3)    *as to Schedule A/B* at section 11, to reflect the updated analysis of Accounts Receivables as prepared by Crown Medical Collections LLC (Crown is a Court-appointed Professional in this case, per this Court's Order Authorizing Retention as entered by the Court November 13, 2025).

(4)   *as to Schedule E/F* at section 3.6, (a) to correct a previous typographical error which had inadvertently listed the incorrect sum due Creditor United Corporate Services; that typo is here amended to now show the correct sum due United Corporate Services; and (b) to add potential creditors per the pending litigation matter now added to the Statement of Financial Affairs per the Amendment listed at paragraph 7 hereinbelow

(5)   *as to the Consolidated Creditor Matrix,* here amended to add the creditors which were added to Schedule E/F per the Amendment described at Paragraph 4 hereinabove..

(6)   *as to Statement of Financial Affairs* at section 7.1, to list a pending Litigation matter which has not yet been served on the Debtor, but which came to the Debtor's attention 11/23/2025.


## DECLARATION AND VERIFIED STATEMENT OF NO OTHER CHANGES

I, the authorized representative of the Debtor, hereby certify that this amendment is true and correct, and I hereby verify that the information contained in the Debtor's bankruptcy petition remains true and accurate, there being no material changes, additions or deletions to our petition and schedules since the filing of the petition, except for those contained in the Amendments referenced hereinabove and attached hereto.

Date: November 28, 2025

/s/ *Carolina Abenante*
Chair
Independent Bankruptcy Committee
ProPhase Diagnostics NY, Inc.


#         #         #

11/28/25 10:59PM

---

**Fill in this information to identify the case:**

Debtor name **ProPhase Diagnostics NY, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **25-19834-CMG**

☒ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule*  **Amended Schedule AB; Amended Schedule EF**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  **Amended Corporate Resolution; Amended List of 20 Largest Unsecured Creditors; Amended Statement of Financial Affairs, Amended Consolidated Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 29, 2025**      X /s/ Carolina Abenante
                                        Signature of individual signing on behalf of debtor

**Carolina Abenante**
Printed name

**Director**
Position or relationship to debtor

---

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: |
| --- |

Debtor name   **ProPhase Diagnostics NY, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **25-19834-CMG**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................   $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................   $     **7,305,348.19**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................   $     **7,305,348.19**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$     **11,173,823.76**

4.   **Total liabilities** .............................................................................................
    Lines 2 + 3a + 3b

$     **11,173,823.76**

**Fill in this information to identify the case:**

Debtor name  **ProPhase Diagnostics NY, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **25-19834-CMG**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **checking account** | 5211 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $0.00

| Part 2: | Deposits and Prepayments |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11b. Over 90 days old:          **16,561,400.00**          -          **9,256,551.81**          =....          **$7,304,848.19**
face amount                              doubtful or uncollectible accounts

Debtor    **ProPhase Diagnostics NY, Inc.**          Case number *(If known)* **25-19834-CMG**
          Name

| 12. | **Total of Part 3.** | | | $7,304,848.19 |
|---|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | | |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** office furniture and equipment | Unknown | | $500.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collect bles

| 43. | **Total of Part 7.** | | | $500.00 |
|---|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

| Debtor | **ProPhase Diagnostics NY, Inc.** | Case number *(If known)* **25-19834-CMG** |
|---|---|---|
| | Name | |

☐ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **ProPhase Diagnostics NY, Inc.** | Case number *(If known)* **25-19834-CMG** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,304,848.19 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,305,348.19 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,305,348.19 |

**Fill in this information to identify the case:**

Debtor name    **ProPhase Diagnostics NY, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **25-19834-CMG**

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Amazon Capital Services**<br>**PO Box 035184**<br>**Seattle, WA 98124**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19,704.80** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Bio-Rad**<br>**PO Box 849740**<br>**Los Angeles, CA 90084**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,311.63** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**BRG Office LLC - Unit 2 Assoc LLC**<br>**711 Stewart Ave.**<br>**Garden City, NY 11530**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$619,097.02** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Crown Castle Fiber LLC**<br>**PO Box 28730**<br>**New York, NY 10087-8730**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,963.28** |

| Debtor | **ProPhase Diagnostics NY, Inc.** | | Case number (if known) | **25-19834-CMG** |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,811.76** |
|---|---|---|---|

**Darktrace Holdings Ltd.**
 **Dept LA 25444**
**Pasadena, CA 91185-5444**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,235.89** |
|---|---|---|---|

**Delinea Inc (Thycotic)**
**215 19th Street, Suite 1220**
**Des Moines, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,415.02** |
|---|---|---|---|

**EZ Connect Inc**
**3249 SE Quay Street**
**Port Saint Lucie, FL 34984**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,312.80** |
|---|---|---|---|

**First Financial Holdings**
**PO Box 631222**
**Cincinnati, OH 45263**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$945.32** |
|---|---|---|---|

**Fisher Healthcare**
**P.O. Box 3648**
**Boston, MA 02241-3648**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$148,536.50** |
|---|---|---|---|

**FrontrunnerHC, Inc**
**36 Cordage Park**
**Plymouth, MA 02360**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,627.50** |
|---|---|---|---|

**LabSender, LLC**
**9216 N Dawn Ave.**
**Kansas City, MO 64154**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **ProPhase Diagnostics NY, Inc.** | Case number (if known) | **25-19834-CMG** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,769.38** |
|---|---|---|---|

**Leaf Capital Funding, LLC**
**110 S Poplar St Ste 101**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,391.63** |
|---|---|---|---|

**NY State Dept. of Health**
**Clinical Laboratory Eval. Program**
**Wadsworth Center**
**Empire State Plaza**
**Albany, NY 12237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,735.06** |
|---|---|---|---|

**Orchard Software Corporation**
**701 Congressional Blvd.**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,998,503.80** |
|---|---|---|---|

**ProPhase Labs, Inc.**
**626 RXR Plaza, 6th Floor**
**Uniondale, NY 11556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$757.04** |
|---|---|---|---|

**RC Testing Service Corp.**
**Po Box 248**
**Lynbrook, NY 11563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,558.33** |
|---|---|---|---|

**Siemens Healthcare Diagnostics Inc**
**27511**
**Cary, NC 27511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**SKF Global Inc.**
**63 Bolan Dr. West**
**West Orange, NJ 07052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ProPhase Diagnostics NY, Inc. | Case number (if known) | **25-19834-CMG** |
|---|---|---|---|
| | Name | | |

---

**3.19**

**Nonpriority creditor's name and mailing address**

**State of New Jersey**
**c-o Charisse M. Penalver, Esq**
**Deputy Attorney General**
**5 Executive Campus, Suite 205**
**Cherry Hill, NJ 08002**

Date(s) debt was incurred __

Last 4 digits of account number **KMMH**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **pending litigation; case #1:23-cv-06478-EK-MMH**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**State of New York**
**c-o Nathan Shi, Esq**
**Special Asst. Attorney General**
**28 Liberty Street**
**New York, NY 10005**

Date(s) debt was incurred __

Last 4 digits of account number **KMMH**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **pending litigation; case #1:23-cv-06478-EK-MMH**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Sysmex America, Inc.**
**28241 Network Pl**
**Chicago, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$15,772.35**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Torreyana Corp**
**2196 Ocean View Blvd**
**San Diego, CA 92113**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,223.46**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,084.88**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**United Corporate Services**
**10 Bank Street, Suite 560**
**White Plains, NY 10606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**United States of America**
**c-o Tsz Ting Tam, Esq.**
**Assistant U.S. Attorney**
**271 Cadman Plaza East**
**Brooklyn, NY 11201**

Date(s) debt was incurred __

Last 4 digits of account number **KMMH**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **pending litigation; case #1:23-cv-06478-EK-MMH**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **ProPhase Diagnostics NY, Inc.** | Case number (if known) | **25-19834-CMG** |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,625.00 |
|---|---|---|---|

**Vitalaxis, Inc.**
**8000 Virginia Manor Rd**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,722.69 |
|---|---|---|---|

**Waystar**
**1311 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,298.62 |
|---|---|---|---|

**Zoom Video Communications Inc**
**PO Box 888843**
**Los Angeles, CA 90088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 11,173,823.76 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 11,173,823.76 |

**Fill in this information to identify the case:**

Debtor name    **ProPhase Diagnostics NY, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **25-19834-CMG**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other _____ | **$299.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other _____ | **$24,849.10** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **ProPhase Diagnostics NY, Inc.** | Case number *(if known)* **25-19834-CMG** |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ **None.**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ **None**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ **None**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ **None.**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **United States, State of NY and State of NJ, ex rel Kenneth Hennrick, MD (Relator), et al. v. ProPhase Labs Inc., et al. 1:23-cv-06478-EK-MMH** | **Qui Tam litigation. Notice of Non-Intervention filed by United States, State of New York, and State of New Jersey on 10/31/2025. Complaint Unsealed 11/04/2025. Not Yet Served on the Debtor as of 11/26/2025, but came to attention of the Debtor 11/23/2025.** | **U.S. District Court, E.D.N.Y. (Brooklyn) 225 Cadman Plaza East Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ **None**

| Debtor | **ProPhase Diagnostics NY, Inc.** | | Case number *(if known)* | **25-19834-CMG** |
|---|---|---|---|---|

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **MACIAG LAW, LLC**<br>**475 Wall Street**<br>**Princeton, NJ 08540-1509** | **Attorney Fees (pre-petition legal services)** | **9/8/2025** | **$1,500.00** |
| | Email or website address<br>**MaciagLaw1@aol.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **MACIAG LAW, LLC**<br>**475 Wall Street**<br>**Princeton, NJ 08540-1509** | **Attorney Fee Retainer (in Trust, pending future fee statements and fee applications)** | **9/19/2025** | **$2,500.00** |
| | Email or website address<br>**MaciagLaw1@aol.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

---

| Debtor | **ProPhase Diagnostics NY, Inc.** | | Case number *(if known)* | **25-19834-CMG** |

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

| **Part 7:** | **Previous Locations** |
| --- | --- |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Health insurance and testing information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
| --- | --- |

| Debtor | **ProPhase Diagnostics NY, Inc.** | Case number *(if known)* **25-19834-CMG** |
| --- | --- | --- |

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or descr bes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

| Debtor | **ProPhase Diagnostics NY, Inc.** | Case number *(if known)* | **25-19834-CMG** |
|---|---|---|---|

- ☒ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ☒ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Robert Morse, former CFO**<br>**ProPhase Diagnostics NY, Inc.**<br>**626 RXR Plaza, 6th Floor**<br>**Uniondale, NY 11556** | |
| 26a.2. | **Monica Brady. former CFO**<br>**ProPhase Diagnostics NY, Inc.**<br>**626 RXR Plaza, 6th Floor**<br>**Uniondale, NY 11556** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | **Morison Cogen CPAs, LLP**<br>**484 Norristown Road, Suite 100**<br>**Blue Bell, PA 19422** | **to Q3 2024** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. | **Fruci & Associates PS, CPAs**<br>**802 N. Washington Street**<br>**Spokane, WA 99201** | **Q3 2024 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Debtor | **ProPhase Diagnostics NY, Inc.** | Case number *(if known)* | **25-19834-CMG** |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Lance Bisesar, C.P.A., Controller**<br>**ProPhase Diagnostics Inc.**<br>**626 RXR Plaza, 6th Floor**<br>**Uniondale, NY 11556** | **May 2024 to present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ted Karkus | ProPhase Diagnostics<br>626 RXR Plaza, 6th Floor<br>Uniondale, NY 11556 | Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Karkus | 626 RXR Plaza, 6th Floor<br>Uniondale, NY 11556 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carolina Abenante | 626 RXR Plaza, 6th Floor<br>Uniondale, NY 11556 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Louis Gleckel, M.D. | 626 RXR Plaza, 6th Floor<br>Uniondale, NY 11556 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Warren Hirsch | 626 RXR Plaza, 6th Floor<br>Uniondale, NY 11556 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Derek DeStefano | 626 RXR Plaza, 6th Floor<br>Uniondale, NY 11556 | Director | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

11/28/25 10:59PM

Debtor **ProPhase Diagnostics NY, Inc.** _____    Case number *(if known)* **25-19834-CMG**

---

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Jason Karkus** **President** | **Salary** | | |
| | **Relationship to debtor** **President** | | | |

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **ProPhase Labs, Inc.** | EIN:    **23-2577138** |

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 29, 2025**

**/s/ Carolina Abenante** _____    **Carolina Abenante** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Director** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

ProPhase Diagnostics, NJ, et al.
(Jointly Administered)
Chapter 11
U.S. Bankruptcy Court
District of New Jersey
Case #25-19833-CMG


## CONSOLIDATED CREDITOR MATRIX

### *as Amended, November 28, 2025*:


ATC Testing and Screening Services LLC
4532 W Napoleon Ave Ste 202
Metairie, LA 70001-2486

Drexel Distrib. dba EZ Test NY
223 W 14th St
New York, NY 10111

Oscar Michelen, Esq.
200 Old Country Road, Suite 2 South
Mineola, NY 11501

Westerman Ball Ederer Miller, Esqs.
1201 RXR Plaza
00001-1556

Amazon Capital Services
PO Box 035184
Seattle, WA 98124

ATC Testing and Screening Services LLC
4532 W Napoleon Ave Ste 202
Metairie, LA 70001-2486

Bio-Rad
PO Box 849740
Los Angeles, CA 90084

BRG Office LLC - Unit 2 Assoc LLC
711 Stewart Ave.
Garden City, NY 11530

Crown Castle Fiber LLC
PO Box 28730
New York, NY 10087-8730

Darktrace Holdings Ltd.
Dept LA 25444
Pasadena, CA 91185-5444

Delinea Inc (Thycotic)
215 19th Street, Suite 1220
Des Moines, IA 50309

Drexel Distrib. dba EZTest
223 W 14th St
New York, NY 10111

EZ Connect Inc
3249 SE Quay Street
Port Saint Lucie, FL 34984

First Financial Holdings
PO Box 631222
Cincinnati, OH 45263

Fisher Healthcare
P.O. Box 3648
Boston, MA 02241-3648

FrontrunnerHC, Inc
36 Cordage Park
Plymouth, MA 02360

LabSender, LLC
9216 N Dawn Ave.
Kansas City, MO 64154

Leaf Capital Funding, LLC
110 S Poplar St Ste 101
Wilmington, DE 19801

Life Technologies Corporation
12088 Collection Center Dr,
Chicago, IL 60693

NY State Dept. of Health
Clinical Laboratory Eval. Program
Wadsworth Center
Empire State Plaza
Albany, NY 12237

Operations Control for Laboratories LLC
PO Box 550
Minooka, IL 60447

Orchard Software Corporation
701 Congressional Blvd.
Carmel, IN 46032

Oscar Michelen, Esq.
200 Old Country Road
Suite 2 South
Mineola, NY 11501

ProPhase Labs, Inc.
626 RXR Plaza, 6th Floor
Uniondale, NY 11556

RC Testing Service Corp.
Po Box 248
Lynbrook, NY 11563

Siemens Healthcare Diagnostics Inc
27511
Cary, NC 27511

SKF Global Inc.
63 Bolan Dr. West
West Orange, NJ 07052

State of New Jersey
c-o Charisse M. Penalver, Esq.
Deputy Attorney General
5 Executive Campus, Suite 205
Cherry Hill, NJ 08002

State of New York
c-o Nathan Shi, Esq
Special Asst. Attorney General
28 Liberty Street
New York, NY 10005

Sysmex America, Inc.
28241 Network Pl
Chicago, IL 60673

Throckmorton Lane Realty
26 Throckmorton Ln, Fl 2
Old Bridge, NJ 08857

Torreyana Corp
2196 Ocean View Blvd
San Diego, CA 92113

Twp. of Old Bridge Bureau Fire Prev
3098 Highway 516
Old Bridge, NJ 08857

Uline
PO Box 88741
Chicago, IL 60680-1741

United Corporate Services
10 Bank Street, Suite 560
White Plains, NY 10606

United States of America
c-o Tsz Ting Tam, Esq.
Assistant U.S. Attorney
271 Cadman Plaza East
Brooklyn NY 11201

Vitalaxis, Inc.
8000 Virginia Manor Rd
Beltsville, MD 20705

Waystar
1311 Solutions Center
Chicago, IL 60677

Westerman Ball Ederer Miller, Esqs.
1201 RXR Plaza
Uniondale, NY 11556

Zoom Video Communications Inc
PO Box 888843
Los Angeles, CA 90088

11/28/25 10:59PM

### United States Bankruptcy Court
#### District of New Jersey

In re   **ProPhase Diagnostics NY, Inc.**

Debtor(s)

Case No.   **25-19834-CMG**

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 29, 2025**

/s/ Carolina Abenante

**Carolina Abenante/Director**
Signer/Title

Docusign Envelope ID: 178BC4B1-456B-4E16-B653-818EBE27EF00

**PROPHASE DIAGNOSTICS NY, INC.**

The undersigned, being all of the members of the Board of Directors (the "Board") of ProPhase Diagnostics, Inc., a Delaware corporation (the "Corporation"), acting pursuant to Section 141(f) of the Delaware General Corporation Law and the Bylaws of the Corporation, hereby adopt the following resolutions by unanimous written consent in lieu of a meeting and direct that this consent be filed with the minutes of proceedings of the directors of the Corporation.

**WHEREAS**, ProPhase Labs, Inc., the sole shareholder of the Corporation ("Shareholder"), has adopted a unanimous written consent directing, among other things, the appointment of Carolina Abenante, an Independent Director of the Corporation, as Chair of the Independent Bankruptcy committee ("IBC") previously established by a September 21, 2025 Resolution of this Board, due to a vacancy on that committee; and

**WHEREAS**, the Board believes that it is in the best interests of the Corporation to appoint Independent Director Carolina Abenante to a vacancy on the Independent Bankruptcy Committee ("IBC"), and to serve as Chair of that committee.

**THEREFORE**, it is hereby resolved as follows:

**Acknowledgment and Implementation of Shareholder Action**

**RESOLVED**, that the Board hereby acknowledges, affirms, and implements the actions and directives set forth in the sole shareholder's unanimous written consent, and the officers of the Corporation are authorized and directed to take all actions necessary or desirable to carry out the intent thereof and of these resolutions.

**Designation of Independent Director**

**FURTHER RESOLVED**, that Carolina Abenante, who is an Independent Director of the corporation and not a creditor, shareholder, or insider, is designated as the Independent Director of the Corporation for purposes of any insolvency, restructuring, or bankruptcy proceedings involving the Corporation, with all rights, powers, and authority customarily afforded to an independent director under applicable law and the Corporation's governing documents, which the Board hereby delegates to her.

**Formation of Independent Bankruptcy Committee; Appointment**

**FURTHER RESOLVED**, that there is hereby established a committee of the Board to be known as the Independent Bankruptcy Committee (the "IBC"), which shall, to the fullest extent permitted by law and the Corporation's governing documents, have the delegated authority to oversee, manage, and direct matters relating to any potential or actual insolvency, restructuring, or bankruptcy proceedings involving the Corporation, and shall have and may exercise such powers of the Board as are necessary or appropriate to carry out such mandate.

**FURTHER RESOLVED**, that Ms. Abenante is hereby appointed as the sole member and Chair of the IBC, to serve until her resignation or removal, or until the IBC is dissolved by the Board.

**Compensation of Independent Director**

**FURTHER RESOLVED**, that, for her services as Chair of the IBC, Ms. Abenante shall serve without further compensation from the Debtors for her service in connection with the Chapter 11 Reorganization.

**Authorization for Bankruptcy Filing; Retention of Professionals**

**FURTHER RESOLVED**, that the appropriate officers of the Corporation, acting in consultation with the Independent Director and the IBC, are authorized and directed to take all actions necessary or desirable to continue with the pending Reorganization case (#25-19834-CMG) under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (Trenton vicinage), including in Joint Administration with cases of affiliated entities [25-19833-CMG, 25-19836-CMG] as authorized by the Court, and to execute, deliver, and file all petitions, schedules, motions, applications, and other documents in connection therewith.

**General Authorization**

**FURTHER RESOLVED**, that each officer of the Corporation and the Independent Director, and each of them acting singly, is authorized and directed to take any and all further actions and to execute and deliver any and all agreements, certificates, instruments, and documents as they may deem necessary, appropriate, or advisable to carry out the purposes and intent of the foregoing resolutions.

**Ratification**

**FURTHER RESOLVED**, that any and all actions heretofore taken by any director, officer, employee, or authorized agent of the Corporation in connection with the foregoing resolutions be, and hereby are, approved, ratified, and confirmed in all respects.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board of Directors of the Corporation, have executed this Unanimous Written Consent as of November 26, 2025.

By: _Ted Karkus_
    45C4B49D36E149F...
Name: Ted Karkus
Title: Chairman of the Board

By: _[signature]_
    E356A546E1654E3...
Name: Louis Gleckel MD
Title: Director

By: _Warren Hirsch_
    7F48F98FB63148B...
Name: Warren Hirsch
Title: Director

By: _Carolina Abenante_
    9732F3812F314CB...
Name: Carolina Abenante
Title: Director

2

Docusign Envelope ID: 179BC4B1-456B-4E16-B653-618EBE27EE00

### UNANIMOUS WRITTEN CONSENT OF THE SOLE SHAREHOLDER OF PROPHASE DIAGNOSTICS NY, INC. IN LIEU OF A SPECIAL MEETING

The undersigned, ProPhase Labs, Inc., a Delaware corporation being the sole holder of the issued and outstanding shares of ProPhase Diagnostics, Inc., a Delaware corporation (the Shareholder), which in turn is the sole holder of the issued and outstanding shares of ProPhase Diagnostics NY, Inc. (the "Corporation"), acting pursuant to Sections 615(a), 705(a), 803(a) of the New York Business Corporation Law and the Corporation's Bylaws, does hereby adopt the following resolutions by unanimous written consent in lieu of a special meeting and directs that this consent be filed with the minutes of proceedings of the shareholders of the Corporation.

**WHEREAS**, the sole Shareholder previously authorized, by way of a Unanimous Written Consent dated September 21, 2025, that the Corporation file a Petition for Reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (Trenton vicinage) ("Chapter 11 Reorganization"), which case is presently pending, as case #25-19834-CMG (as Jointly Administered with cases #25-19833 and #25-19836); and

**WHEREAS**, the sole Shareholder desires to appoint Independent Director Carolina Abenante to a vacancy on the Independent Bankruptcy Committee ("IBC") established on September 21, 2025, to continue to oversee the Chapter 11 Reorganization.

**THEREFORE**, it is hereby resolved as follows:

**Designation as Chair of Independent Bankruptcy Committee**

**RESOLVED**, that Independent Director Carolina Abenante is hereby designated to serve on and act as the authorized Chair and Independent Director of the IBC or any other bankruptcy committee or similar governance committee formed in connection with any potential insolvency, restructuring, or bankruptcy proceedings involving the Corporation, and shall have all rights, powers, and authority customarily afforded to an independent director under applicable law and the governing documents of the Corporation, and is hereby approved;

**Authority to File**

**FURTHER RESOLVED**, that Ms. Abenante, Independent Director of the Corporation and sole member and Chair of the IBC, is authorized and directed and to execute, deliver and file any and all agreements, certificates, instruments or documents, as she may deem necessary, appropriate or advisable to carry out the purposes and intent of these resolutions;

**General Authorization**

**FURTHER RESOLVED**, pursuant to the foregoing, Shareholder approves the delegation by

1

Docusign Envelope ID: 179B54B1-456B-4E16-B653-618EBF27FF00

the Board for Ms. Abenante, as Independent Director and member of the IBC, be authorized to individually execute all documents necessary to effect the intent of this Resolution; and

**Ratification of Prior Acts**

**FURTHER RESOLVED**, that any and all actions heretofore taken by the directors, officers, or authorized representatives of the Corporation within the authority conferred by these resolution and the September 21, 2025 resolutions are hereby ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned Board of Directors of the sole shareholder of the Corporation have executed this Unanimous Shareholder Written Consent as of November 26, 2025.

**PROPHASE LABS, INC.**
a Delaware corporation
(as sole shareholder of ProPhase Diagnostics, Inc.,
sole shareholder of ProPhase Diagnostics NY, Inc.)

By: _Ted Karkus_
    45C4B49D36E149F...
Name: Ted Karkus
Title: Chairman of the Board of Directors

By: _warren hirsch_
    7F48F98FB63146B...
Name: Warren Hirsch
Title: Director, ProPhase Diagnostics NY, Inc.

By: _____
    E356A546E1654E3...
Name: Louis Gleckel MD
Title: Director, ProPhase Diagnostics NY, Inc.

By: _Carolina Abenante_
    9732F3B12F314CB...
Name: Carolina Abenante, Esq.
Title: Director, ProPhase Diagnostics NY, Inc.

2