

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Thaddeus R. Maciag, Esq.<br>MACIAG LAW, LLC<br>475 Wall Street<br>Princeton, New Jersey 08540<br>(908) 704-8800<br>*Attorney for the Debtors* | Order Filed on March 4, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>　ProPhase Diagnostics NJ, Inc.,<br><br>　　　　　　　　　　　Debtor. | Case No.: **#25-19833-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>　ProPhase Diagnostics NY, Inc.,<br><br>　　　　　　　　　　　Debtor. | Case No.: **#25-19834-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>　ProPhase Diagnostics, Inc.,<br><br>　　　　　　　　　　　Debtor.<br><br>　　　(Jointly Administered) | Case No.: **#25-19836-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle<br><br>Hearing Date: February 10, 2026 |

**ORDER**
**EXTENDING THE DEBTORS'**
**EXCLUSIVE PERIODS TO FILE PLANS OF REORGANIZATION**
**AND TO SOLICIT ACCEPTANCES THERETO**

　　The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: March 4, 2026**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Christine M. Gravelle*
　　　　　　　　　　　　　　　　　　　　Honorable Christine M. Gravelle, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

This matter having been opened to the Court by Thaddeus R. Maciag Esq., Maciag Law LLC, attorney for the jointly administered Debtors for entry of an Order extending the Debtors' exclusive periods to file a Plan of Reorganization and to solicit acceptances thereto, and this Court having considered any objections, if any, as may have been filed; and this Court having reviewed the papers submitted and considered the arguments of counsel; and good cause showing for the entry of this Order, it is

1. The Motion is Granted.

2. The Debtors' Exclusive Periods to file Plans of Reorganization pursuant to 11 U.S.C. §1121(c)(2) are extended to through and including May 21, 2026

3. The Debtor's Exclusive Periods to solicit acceptances of same per 11 U.S.C. §1121(c)(3) are extended to through and including July 20, 2026.

4. The Clerk shall enter this Order on the docket in each of the three Debtor cases.

5. The extensions of the Exclusive Periods in this Order are without prejudice to the Debtor's right to seek further extensions of these periods.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation or enforcement of this Order.

#    #    #