UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WALLACE NEEL PLLC
Wallace B. Neel, Esq. (Admitted Pro Hac Vice)
1 Blue Hill Plaza, LLSt1509, Pearl River, NY 10965
(646)524-6502  Special Counsel to the Debtors

MACIAG LAW, LLC
Thaddeus R. Maciag, Esq.
475 Wall Street, Princeton, NJ 08540
Tel: (908)704-8800 Attorney for the Debtors

In Re:

In re:

   ProPhase Diagnostics NJ, Inc., et al.,

                   Debtors.

   (jointly administered)

|  |  |
|---|---|
| | 25-19836-CMG |
| | 25-19834-CMG |
| Case No.: | 25-19833-CMG |
| Adv. Pro. No.: | _____ |
| Chapter: | 11 |
| Subchapter V: | ❏ Yes ☒ No |
| Hearing Date: | July 21, 2026 |
| Judge: | Gravelle |

**ADJOURNMENT REQUEST**

1.    I, _____Jay Hellman_____,

    ☒  am the attorney for: _____Drexel Distribution, Inc._____,

    ❏  am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: All matters on for July 21 at 10am

    Current hearing date and time: July 21, 2026 at 10am

    New date requested: July 28, 2026 at 10am

    Reason for adjournment request: This is a Joint Consent Adjourn Request by Drexel, ATC,

    and the Debtors, who are settled in principle, and are working out the final documents

2.    Consent to adjournment:

    ☒  I have the consent of all parties.  ❏  I do not have the consent of all parties (explain below):

    Drexel, ATC, and the Debtors all consent.

I certify under penalty of perjury that the foregoing is true.

Date: _07-20-2026_____          /s/ Jay Hellman_____
                                          Signature

**COURT USE ONLY:**
_____

The request for adjournment is:

☒  Granted                    New hearing date:  _August 4, 2026 at 10:00AM_        ❑ Peremptory

❑  Granted over objection(s)  New hearing date: _____        ❑ Peremptory

❑  Denied

> **IMPORTANT: If your request is granted, you must notify interested parties**
>
> **who are not electronic filers of the new hearing date.**

*rev.10/2021*