UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
Phone: (908) 704-8800
Proposed Special Counsel to the Debtors

In Re:

ProPhase Diagnostics NY, Inc., Debtor.

(Jointly Administered --lead case is 25-19833-CMG)

Case No.: 25-19834-CMG

Judge: Gravelle

Chapter: 11

Recommended Local Form: ☑ Followed ☐ Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, ProPhase Diagnostics NY, Inc., is the (check all that apply):

☐ Trustee: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☑ Debtor: ☑ Chap. 11 ☐ Chap. 13

☐ Official Committee of ____________________

2. The applicant seeks to retain the following professional Thaddeus Maciag, Esq. to serve as (check all that apply):

☐ Attorney for: ☐ Trustee ☑ Debtor-in-Possession

☐ Official Committee of ____________________

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of ____________________

☑ Other Professional:

☐ Realtor ☐ Appraiser ☑ Special Counsel

☐ Auctioneer ☐ Other (specify): ____________________

3. The employment of the professional is necessary because:
It is in the best interest of the Debtor's Estate to retain Mr. Maciag as a limited Special Counsel for certain financial and monthly reporting matters, give his prior experience as Lead Attorney during the first eleven months of this case.

4. The professional has been selected because:
Thaddeus Maciag, Esq. can in an efficient and cost-effective way continue to assist the Debtors with Monthly Reporting, financials and exhibits; he will NOT overlap with nor duplicate any efforts of Mr. Zapata who remains Lead Attorney

5. The professional services to be rendered are as follows:
Provide legal services as Limited Special Counsel to the Debtors in this case; will NOT overlap with nor duplicate Lead Attorney efforts, and will not be involved in regular emails nor phone calls. Monthly hours will be relatively minimal.

6. The proposed arrangement for compensation is as follows:
compensation on an hourly basis (attorney $475, paralegal $125) upon applications for compensation and monthly fee statements

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☑ None

☑ Describe connection: previously served 9/22/2025 through 9/2/2026 as Lead Attorney for the Debtors in this case (and consequently will have that professional admin claim) and is thus very knowledgeable about this case

8. To the best of the applicant's knowledge, the professional (check all that apply):

☑ does not hold an adverse interest to the estate.

☑ does not represent an adverse interest to the estate.

☑ is a disinterested person under 11 U.S.C. § 101(14).

☑ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☑ Other; explain:

previously served September 22, 2025 through September 2, 2026 as Lead Attorney for the Debtors in this case (and thus will have that professional administrative claim) and is thus very knowledgeable about this case

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

________________________________________

________________________________________

________________________________________

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: 09-25-2026

/s/ Ted Karkus

DocuSigned by: Ted Karkus
45C4B49D36E149F...

Signature of Applicant

CEO of the Joint Debtors
Name of Applicant

rev.6/1/06;jml